| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Justin M. Swartz<br>Deirdre Aaron<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone:  (212) 245-1000 | **FITAPELLI & SCHAFFER, LLP**<br>Brian S. Schaffer<br>Frank Mazzaferro<br>475 Park Avenue South, 12th Floor<br>New York, New York 10016<br>Telephone:  (212) 300-0375 |
| **LEE LITIGATION GROUP, PLLC**<br>C.K. Lee<br>30 East 39th Street, Second Floor<br>New York, New York 10016<br>Telephone: (212) 465-1180 | **SHAVITZ LAW GROUP, P.A.**<br>Gregg I. Shavitz, admitted *pro hac vice*<br>Susan H. Stern, admitted *pro hac vice*<br>1515 S. Federal Hwy, Suite 404<br>Boca Raton, Florida 33432<br>Telephone:  (561) 447-8888 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN LONG, DYLAN RANDALL, ERIC VAUGHN, and CHARLES YOO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>HSBC USA INC. and HSBC BANK USA, N.A.,<br><br>Defendants. | **No. 14 Civ. 6233 (HBP)** |

**NOTICE OF PLAINTIFFS' MOTION FOR
<u>APPROVAL OF SERVICE AWARDS</u>**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Service Awards, in the Declaration of Justin M. Swartz in Support of Plaintiffs' Motions for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, Approval of Attorneys' Fees and Reimbursement of Expenses, and Service Payments and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order granting service awards of $10,000 each to Representative Plaintiffs Steven Long, Dylan Randall, and Eric Vaughn; and $7,500 each to Representative Plaintiff Charles Yoo and Early Opt-In Plaintiffs Ross Bowman, Lou Ann

Burgio, Anthony Monetti, Cynthia Nostro, and Kevin Petho, in recognition of the services they rendered on behalf of the class.

Dated: December 22, 2015
      New York, New York

Respectfully submitted,

**OUTTEN & GOLDEN LLP**

/s/ Justin M. Swartz

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Deirdre Aaron
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Frank Mazzaferro
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212) 300-0375

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz, admitted *pro hac vice*
Susan H. Stern, admitted *pro hac vice*
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
Telephone: (561) 447-8888

**LEE LITIGATION GROUP, PLLC**
C.K. Lee
30 East 39th Street, Second Floor
New York, NY 10016
Telephone: (212) 465-1180

*Class Counsel*